UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF: **DELANOR SINCLAIR**            CASE NO: **04-05990-8-SWH**
**STEPHANIE BRYANT SINCLAIR**

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **WILLIAMSON VOLKSWAGON MAZDA INC.**<br>**HIGHWAY 211**<br>**RED SPRINGS, NC 28358** | $32.15 | 11/5/09 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**June 23, 2010**            /s/ Trawick H. Stubbs, Jr.
                             **TRAWICK H. STUBBS, JR.**
                             **CHAPTER 13 TRUSTEE**
                             **P. O. BOX 1618**
                             **NEW BERN, NC  28563**
                             **(252) 633-0074**